Steven Burt #683877B
Mid-State Correctional Facility
P.O. Box 866
Wrightstown, NJ 08562

RECEIVED
FEB 23 2024
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ
M

February 16, 2024

Re: Steven Burt v. Marcus Hicks et al
Docket No. 1:20-cv-17457-KMW-SAK

Dear Judge Williams, U.S.D.J.

I am the pro se plaintiff in the above-captioned matter. This is my only means of contact. I have been under isolation from 2/5/2024 til 2/9/2024 and again on 2/12 till this date. I humbly request 60 Day to submit a motion to amend with new evidence or oral argument.

Respectfully submitted

Respond to Mid-state

Steven C. Burt #6039778
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625
Unit 2 EE

TRENTON NJ 085
21 FEB 2024 PM 4 L

Clerk, United States District Court
P.O. Box 2797
Camden, NJ 08101

RE: 1:20-cv-19459-KMW-SAK
Burt v. Hicks et al.

RECEIVED
FEB 23 2024
AT 8:...
CLERK...

08101-279797

Legal Mail